IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    V.           Criminal No. 93-60007-001

RONNIE E. PRESCOTT                             DEFENDANT/MOVANT

## O R D E R

On this 12th day of May 2006, there comes on for consideration the report and recommendation filed in this case on April 17, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate for the Western District of Arkansas. (Doc. 262). Movant has not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Movant's Rule 60(b)(6) motion (Doc. 261) is DENIED AND DISMISSED WITH PREJUDICE as it constitutes an unauthorized successive § 2255 motion. Further, Movant is advised to proceed in the Eighth Circuit Court of Appeals with a request for an order authorizing the filing in this Court of a second or successive §2255 motion.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge